Thomas H. Casey - Bar No. 138264
**LAW OFFICES OF THOMAS H. CASEY**
26400 La Alameda, Suite 210
Mission Viejo, CA 92691
Telephone: (949) 766-8787
Facsimile: (949) 766-9896
Email: tcasey@tomcaseylaw.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 8:25-bk-13633-MH |
| RANCHO COLTON GROUP, LLC | ) |
| | ) Chapter 7 Case |
| | ) |
| | ) **NOTIFICATION OF ASSET CASE** |
| Debtor(s). | ) |

**TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Thomas H. Casey, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice should be given to creditors to file claims.

Dated: April 23, 2026

Thomas H. Casey
Chapter 7 Trustee