| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **RAINES FELDMAN LITTRELL LLP**<br>Kyra E. Andrassy, SBN 207959<br>kandrassy@raineslaw.com<br>4675 MacArthur Court, Suite 1550<br>Newport Beach, CA 92660<br>Tel.: (310) 440-4100<br>Fax: (310) 691-1943<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Ynez Shops, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re: | CASE NO.: 8:26-bk-10693-SC |
|---|---|
| Ynez Shops, LLC, | CHAPTER: 11 |
| | **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]** |
| Debtor(s). | ☐ **No hearing: LBR 9013-1(q)**<br>☒* **Hearing information**<br>DATE: May 6, 2026<br>TIME: 1:30 p.m.<br>COURTROOM: 5C<br>ADDRESS: 411 W. Fourth St.<br>Santa Ana, California 92701 |

1. Bar Date. The court has set a deadline of *(date)* July 13, , 2026 (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

   ☐ 255 East Temple Street, Los Angeles, CA 90012
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367
   ☐ 3420 Twelfth Street, Riverside, CA 92501
   ☒ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 1415 State Street, Santa Barbara, CA 93101

2. Form. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. Exceptions to the Bar Date. Exceptions to the Bar Date include, but are not limited to, the following:

   (a) Executory contracts/unexpired leases. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. *See* 11 U.S.C. §§ 365(d)(4) and 502(g).

(b) Governmental units. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on *(date)* March 3, 2026, and therefore calculates that this deadline is *(date)* August 31, 2026 *). See* 11 U.S.C. §§ 101(27) and 502(b)(9).

(c) Avoidance. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. *See* 11 U.S.C. § 502(h).

(d) Agreed claims. If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) and it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, or is listed as disputed, contingent, unliquidated or unknown, or if you disagree with the amount or description of your claim (*e.g.*, its description as unsecured or non-priority), then you must timely filed a Proof of Claim as set forth in this Notice.

4. 11 U.S.C. § 503(b)(9) Claims. Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: (a) *Section 2 of Proof of Claim.* **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); and (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); (b) *Section 5 of Proof of Claim*. Check the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) and 503(b)(9)**.

5. Interest Holders. If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: May 13, 2026

By: /s/ Kyra E. Andrassy
Signature of Debtor, chapter 11 trustee, or their attorney

Name: Kyra E. Andrassy
Printed name of Debtor, chapter 11 trustee, or their attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **May 13, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* **May 13, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* **May 13, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| May 13, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **John Bistritz** jack.bistritz@afslaw.com
- **Dora Duru** dora.duru@bclplaw.com
- **Martin P Eramo** MPEramo@aol.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Golsa Honarfar** ghonarfar@rutan.com, avaccaro@rutan.com;apineda@rutan.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **Aram Ordubegian** ordubegian.aram@arentfox.com
- **David M Poitras** dpoitras@bg.law
- **David James Root** david.root@bclplaw.com, verlisa.lewis@bclplaw.com
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Annie Y Stoops** annie.stoops@afslaw.com, yvonne.li@afslaw.com
- **Martin W Taylor** marty.taylor@bclplaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

**2. SERVED BY UNITED STATES MAIL**:

Banfield Pet Hospital
Medical Management International, Inc
27644 Ynez Road, M11
Temecula, CA 92591

Beauty By Threading
27576 Ynez Road, H13
Temecula, CA 92591

Beauty Systems Group
Store #1903 (Cosmoprof)
27576 Ynez Road, H9
Temecula, CA 92591

Enterprise Rent a Car
27648 Ynez Road, PAD5
Temecula, CA 92591

HearxWest
27548 Ynez Road, D5
Temecula, CA 92591

JP Morgan Chase Bank, NA
29640 Rancho CA Rd, PAD1
Temecula, CA 92591

Juice Bar
27520 Ynez Road, D1
Temecula, CA 92591

K Sushi Bar & Grill
27576 Ynez Road, H15 Grease Trap
Temecula, CA 92591

Kitchen Fantasy
27548 Ynez Road, H01A
Temecula, CA 92591

Launch Family Entertainment
27548 Ynez Road, ANCH8, KIOSK
Temecula, CA 92591

Mountain Mike's Pizza
Dhanju & Son's Enterprises, Inc.
27644 Ynez Road, M07
Temecula, CA 92591

Phoenix Foods, LLC
27644 Ynez Road, M01
Temecula, CA 92591

Poki Poki
27636 Ynez Road, Suite L11
Temecula, CA 92591

Postal Annex
27636 Ynez Road, L7
Temecula, CA 92591

Rubio's Coastal Grill
The Original Fish Taco LLC
27480 Ynez Road, O2
Temecula, CA 92591

Simon's Dole Whip & Yogurt
27636 Ynez Road, L1
Temecula, CA 92591

Subway Real Estate, LLC
27636 Ynez Road, Suite L13
Temecula, CA 92591

Thai Kitchen
27548 Ynez Road, C1
Temecula, CA 92591

TrendSetter Collections, LLC
27520 Ynez Road D3 Suite 2504
Temecula, CA 92591

TSP Group, LLC
DBA Tasty Pot Temecula
27480 Ynez Road Ste. O-1
Temecula, CA 92591

Vibez Smoke Shop
27548 Ynez Road, L03
Temecula, CA 92591

Label Matrix for local noticing
0973-8
Case 8:26-bk-10693-SC
Central District of California
Santa Ana
Wed May 13 09:40:56 PDT 2026

Ynez Shops LLC
520 Newport Center Drive 480
Newport Beach, CA 92660-7034

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

ABM Electrical & Lighting Solutions, Inc
P.O. Box 52609
Los Angeles, CA 90074-2609

American Jetting Services
P.O Box 1699
Ontario, CA 91762-0699

Beauty By Threading
27576 Ynez Road H13
Temecula, CA 92591-4632

C.S.I. Patrol Service, Inc.
3605 Long Beach Blvd #205
Long Beach, CA 90807-4024

CR&R, Inc.
PO Box 7096
Pasadena, CA 91109-7096

City of Temecula- Finance Department
41000 Main Street
Temecula, CA 92590-2764

Enterprise Rent a Car
27648 Ynez Road Pad5
Temecula, CA 92591-4623

HearxWest
27548 Ynez Road D5
Temecula, CA 92591-4690

JP Morgan Chase Bank, NA
29640 Rancho CA Rd PAD1
Temecula, CA 92591-5283

Joses Nuevo Landscaping LLC
3857 Birch Street 209
Newport Beach, CA 92660-2616

Juice Bar
27520 Ynez Road Dr
Temecula, CA 92591-4650

K Sushi Bar & Grill
- H15 Grease Trap
Temecula, CA 92591

K Sushi Bar & Grill
27576 Ynez Road H15
Temecula, CA 92591-4632

Kuri Services LLC
14817 Janine Dr.
Whittier, CA 90605-1705

Launch Family Entertainment
27548 Ynez Road ANCH8
Temecula, CA 92591-4690

Medical Management
International, Inc.
27644 Ynez Road M11
Temecula, CA 92591-4660

Moises Camacho
5590 W. Mission Blvd.
Ontario, CA 91762-4622

Mountain Mike's Pizza
Dhanju & Son's Enterprises, Inc.
27644 Ynez Rd M07
Temecula, CA 92591-4657

Nano Banc
7755 Irvine Center Drive 3rd floor
Irvine, CA 92618-2904

Ontario Refrigeration Services, Inc.
635 South Mountain Avenue
Ontario, CA 91762-4114

Pestgon, Inc.
3612 Ocean Ranch Rd
Oceanside, CA 92056-2669

Phoenix Foods, LLC
27644 Ynez Rd M01
Temecula, CA 92591-4657

Poki Poki
27636 Ynez Road L11
Temecula, CA 92591-4639

Postal Annex
27636 Ynez Road L7
Temecula, CA 92591-4664

Ramsey Backflow & Plumbing
11626 Sterling Ave Suite D
Riverside, CA 92503-4991

Rancho California Water District
PO Box 512687
Los Angeles, CA 90051-0687

Rubio's Coastal Grill
27480 Ynez Road O2
Temecula, CA 92591-4638

Sain Builders
147 Hart Bench Rd
Darby, MT 59829-9619

Simon's Dole Whip & Yogurt
27636 Ynez Road L1
Temecula, CA 92591-4645

Smart Key Locksmith
25211 Sunnymead Blvd Ste C-4
Moreno Valley, CA 92553-4100

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

Subway Real Estate, LLC
27636 Ynez Road L13
Temecula, CA 92591-4639

TSP Group, LLC
DBA Tasty Pot Temecula
27480 Ynez Road O-1
Temecula, CA 92591-4638

Thai Kitchen
27548 Ynez Road C1
Temecula, CA 92591-4690

TrendSetter Collections, LLC
27520 Ynez Road D3 2504
Temecula, CA 92591-4620

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Vibez Smoke Shop
27548 Ynez Road L03
Temecula, CA 92591-4690

Vierergruppe Management Inc.
1932 East Deere Avenue Suite 150
Santa Ana, CA 92705-5716

Kyra E Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Ct Ste 1550
Newport Beach, CA 92660-2042

Stephen M. Mott
Raines Feldman Littrell LLP
1900 Avenue of the Stars 19th Fl
Los Angeles, CA 90067-4410

Vincent Paglia
c/o ArentFox Schiff LLP
555 South Flower St., 43rd Floor
Los Angeles, CA 90071-2300

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)Interested Party

(u)Martin P. Eramo APLC
34192 Violet Lantern, Ste 6
Dana Point

(u)Nano Banc

(u)Andrew Stupin

(u)Gerald Marcil

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 43 |
| Bypassed recipients | 6 |
| Total | 49 |