THOMAS H. CASEY, TRUSTEE (State Bar No. 138264)
26400 La Alameda, Suite 210
Mission Viejo, CA 92691
Telephone: (949) 766-8787
Facsimile: (949) 766-9896

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br>RANCHO COLTON GROUP, LLC<br><br>Debtor. | Case No.: 25-13633-MH<br><br>Chapter 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL: WILLIAM J WALL
TO THE ABOVE NAMED DEBTOR:

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 06/29/2026 at 12:00 PM, for the reason set forth below. Because of developing issues with the COVID-19 virus and the national declaration of emergency by the President of the United States, §341 Meeting of Creditors will be conducted via Zoom. Zoom Meeting ID: 512 832 0978, Passcode: 1364952669, Phone 1 657 222 4959. Please contact the Trustee for further instructions.

Additional documents have been requested and/or documents to be reviewed are in the process of review. The Trustee may require further information and if so, you will be contacted. Failure to provide requested documentation may result in a motion to dismiss your case filed by the Trustee.

Rancho Colton Group, LLC
520 Newport Center Drive Suite 480
Newport Beach, CA 92660

William J Wall
26895 Aliso Creek Road #B-110
Aliso Viejo, CA 92656

Dated: June 2, 2026

/s/ THOMAS H. CASEY
THOMAS H. CASEY, TRUSTEE

I certify that I served the within notice on the above debtor and the debtor attorney, and interested parties on June 2, 2026.

/s/ MARISSA SILVA
MARISSA SILVA