Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile: 949-851-6926

Counsel for Thomas H. Casey,
Chapter 7 Trustee

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>RANCHO COLTON GROUP, LLC,<br><br>Debtor. | Case No. 8:25-bk-13633 MH<br><br>Chapter 7 Proceeding<br><br>**APPLICATION OF CHAPTER 7 TRUSTEE FOR EMPLOYMENT OF GROMET & ASSOCIATES, AS SPECIAL REAL ESTATE COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATIONS OF THOMAS H. CASEY AND STEVAN J. GROMET IN SUPPORT THEREOF**<br><br>(No Hearing Required)<br>[Local Bankruptcy Rule 2014-1(b)(1)] |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

Thomas H. Casey, Chapter 7 Trustee (the "Trustee") in the above-captioned Chapter 7 bankruptcy proceeding of Rancho Colton Group, LLC (the "Debtor"), hereby submits his Application (the "Application") to Employ Gromet & Associates to represent the bankruptcy estate as special real estate counsel pursuant to 11 U.S.C. Section 330.

This Application is based upon the attached Memorandum of Points and Authorities and supporting Declarations of Thomas H. Casey and Stevan J. Gromet, the Court's records and files in this bankruptcy proceeding, and on such other and further matters as the Court may allow.

PLEASE TAKE NOTICE that any response, opposition or request for hearing on the Application must be filed (with a duplicate copy) with the above-captioned Court located at 411 West Fourth Street, Suite 2030, Santa Ana, California 92701, and served on counsel for the Trustee at the address indicated in the upper-left hand corner of the first page of this document, as well as on all other parties entitled to service thereof, within fourteen (14) days of the date of service of the notice on the Application. Failure to timely file and serve an opposition, response or request for hearing may be deemed by the Court to be consent to the relief sought in the Application.

WHEREFORE, the Trustee respectfully requests that this Court enter an order authorizing the Trustee to employ Gromet & Associates pursuant to 11 U.S.C. § 327 and Rule 2014 of the Federal Rules of Bankruptcy Procedure, effective immediately; and for such other and further relief as the Court deems just and proper under the circumstances.

DATED: July 8, 2026 RINGSTAD & SANDERS LLP

By: */s/ Todd C. Ringstad*
Todd C. Ringstad
General Bankruptcy Counsel for Thomas H. Casey, Chapter 7 Trustee

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

Ringstad & Sanders L.L.P. 23101 Lake Center Drive, Suite 355 Lake Forest, CA 92630 949.851.7450

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

**STATEMENT OF FACTS**

**A. Relevant Background.**

On December 29, 2025 (the "Petition Date"), Rancho Colton Group, LLC ("Debtor") filed a voluntary petition under Chapter 7 of Title 11 of the United States Code [Dkt. No. 1].

On April 16, 2026 the Court entered its Order Converting the Debtor's Case to Chapter 7 [Dkt. No. 34] and authorized the appointment of a Chapter 7 Trustee.

On April 17, 2026, the Office of United States Trusteed filed its Notice of Appointment of Chapter 7 Trustee [Dkt. No. 36], and appointed Thomas H. Casey to serve as Chapter 7 Trustee.

**B. Estate Need for Experienced Real Estate Counsel.**

The Trustee seeks to employ Gromet & Associates (the "Gromet Firm") to act as his special real estate counsel in this case. The primary asset of the Debtor's bankruptcy estate (the "Estate") are the adjoining real properties located at: 1080 E. Washington St. including units 1010, 1060, 1080, and 1090 Colton, California 92324 (the "Property"). The Property is described by the Debtor in its submissions to the Office of the United States Trustee as a multi-parcel retail and office center containing approximately 69,232 square feet of combined building area which consist of retail storefronts (including a drive-thru) and one- and two-story office buildings situated on approximately 7.49 acres. The Property includes surface parking across multiple parcels and was constructed between 1984 and 1987.

The Property exhibits signs of mismanagement and neglect. Further, it appears there is some risk of possible contamination due to the former occupancy of a dry cleaner on a part of the Property. The Trustee intends to sell the Property for the benefit of the creditors of this Estate. The Trustee has determined that retention of qualified real estate counsel as special counsel would be beneficial to the Trustee's efforts to prepare the Property for marketing and sale, assessing the highest and best use for the Property, to maximize the value of the Property for the benefit of the Estate, and to advise and assist the Trustee through the sale process.

**C. Stevan J. Gromet and Gromet & Associates.**

Stevan J. Gromet is the managing principal of Gromet & Associates. Mr. Gromet has been practicing real estate law in California for 41 years, and focuses his practice on representing sophisticated clients in real estate and business transactions and litigation matters. Mr. Gromet has represented clients in over $850 Million in real estate purchase, sale and finance transactions during the last real estate cycle, and also provides strategic litigation counsel and representation to firm clients on real estate/commercial litigation matters. Mr. Gromet is well qualified to assist the Trustee in the performance of his duties as Special Real Estate Counsel.

Mr. Gromet is cognizant of the Court's concern that counsel for trustees not perform trustee services pursuant to 11 U.S.C. § 326(a) and Local Bankruptcy Rule 2016-2(f)(1) and the Firm does not intend to perform trustee services. The Firm will assist the Trustee in his duties in this case as appropriate. In the event the Firm, at the Trustee's request, performs any services that are later deemed by the Court to be trustee services, the Firm reserves the right to request approval and compensation for those services provided that the amount of the Trustee's fees is less than the Trustee's statutory compensation limit.

The Gromet Firm, located in Laguna Beach, CA, is composed of attorneys who specialize in commercial real estate. The Gromet Firm represents clients including developers, builders, land entitlement firms, mortgage lenders, contractors, specialty consultants, private equity sponsors and commercial brokerage houses in matters relating to ownership, management, acquisition, marketing and selling office buildings, retail shopping centers, hotels, industrial parks and land. The Gromet Firm consists of attorneys Stevan J. Gromet, Mickey Y. Adkinson, Christopher R. Jenkins, and Jessica E. Kempf. It is anticipated that Mr. Gromet will be the primary attorney providing services to the Trustee in this matter.

Neither the Gromet Firm, nor any of the attorneys comprising or employed by it, has any connection with Debtor, its accountants, or other professionals. Nor does the Gromet Firm have any connection with Debtor's outside creditors, or any other outside party in interest or its respective attorneys or accountants, other than as set forth in the Gromet Declaration. The Gromet Firm believes that it does not have or represent an interest adverse to the Trustee.

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

Neither the Gromet Firm, nor any of the attorneys comprising or employed by it, is related to or has any connection with the Office of the U.S. Trustee, or any person employed in the Office of the U.S. Trustee.

The Trustee's general bankruptcy counsel, Ringstad & Sanders LLP ("R&S"), will work in conjunction with the Gromet Firm, providing bankruptcy related strategy.

**D. Compensation.**

The Gromet Firm proposes to render services to the Trustee at the Gromet Firm's regular hourly rates, which are subject to future adjustment following advance notice. The following is a list of the Gromet Firm's professionals that may provide services on this engagement:

| Attorneys | Rates |
| --- | --- |
| Stevan J. Gromet | $925 |
| Mickey Y. Adkinson | $750 |
| Christopher R. Jenkins | $685 |
| Jessica Y. Kempf | $685 |

The Gromet Firm's regular practice of billing in increments of one-tenth of an hour will be followed in this case.

Compensation of the Gromet Firm is requested pursuant to 11 U.S.C. § 330 and the Gromet Firm will only be entitled to an award of reasonable compensation as set forth in Section 330(a).

## II.

## LEGAL AUTHORITY AND ARGUMENT

Section 327(a) of Title 11 of the United States Code (the "Bankruptcy Code" or the "Code") provides:

> Except as otherwise provided in this section, the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons to represent or assist the trustee in carrying out the trustee's duties under this title.

Section 327(e) specifically provides:

> The trustee , with the court's approval, may employ, for a specified special purpose, other than to represent the trustee in conducting the case, an

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

> attorney that has represented the debtor, if in the best interest of the estate, and if such attorney does not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed.

Thus, under the Bankruptcy Code, a professional may be employed so long as such professional does not (1) hold or represent an interest adverse to the estate, and (2) is a "disinterested person."

The term "disinterested person" is defined by Section 101(14) of the Bankruptcy Code as follows:

> The term 'disinterested person' means a person that – (A) is not a creditor, an equity security holder, or an insider; (B) is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the debtor; and (C) does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

An interest is "adverse" if it (i) is an economic interest that would tend to lessen the value of the bankruptcy estate; or (ii) would create either an actual or potential dispute in which the estate is a rival claimant. See, In re National Liquidators, Inc., 182 B.R. 186, 191 (S.D. Ohio 1995); See also, In re Kliegl Bros. Universal Electric Stage Lighting Co., Inc., 189 B.R. 874, 879-881 (Bankr. E.D.N.Y. 1995).

In the present case, as set forth in the Gromet Declaration, neither the Gromet Firm nor any of its professionals holds or represents any interest that would lessen the value of the Estate. Moreover, the Gromet Firm's representation of the Trustee will not create a conflict. The Gromet Firm does not hold or represent any adverse interest in connection with this case.

As stated above, the Gromet Firm is well qualified to represent the Trustee in that the Gromet Firm has significant real estate law experience, and can capably provide the Trustee with advice and assistance necessary to enable the Trustee to adequately assess and address the needs of the Property and thereafter market and sell the Property efficiently and effectively. Therefore, the Gromet Firm satisfies the requirements for employment under the Bankruptcy Code, and the Court should authorize the Trustee to employ the Firm pursuant to 11 U.S.C. § 327(e).

Ringstad & Sanders
L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

**III.**

**CONCLUSION**

Based upon the foregoing, the Declarations of Thomas H. Casey and Stevan J. Gromet, and the exhibits attached to the declarations, the Trustee requests that the Court authorize employment of the Firm on the terms and conditions set forth herein, with such employment effective June 9, 2026, and for such other and further relief as the Court deems just and proper.

Dated: July 8, 2026

Respectfully Submitted,
RINGSTAD & SANDERS LLP

By: /s/ Todd C. Ringstad
Todd C. Ringstad
General Bankruptcy Counsel for
Thomas H. Casey, Chapter 7 Trustee

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

**DECLARATION OF THOMAS H. CASEY**

I, Thomas H. Casey, declare as follows:

1. I am an adult over the age of eighteen years. I am the duly appointed and acting Chapter 7 Trustee for this bankruptcy estate (the "Estate"). The matters set forth herein are personally known to me to be true, except those matters set forth on information and belief; and as to those matters, I am informed and believe them to be true. If called upon to do so, I could and would competently testify as to the truth of the matters set forth herein.

2. Based upon my review of the docket in this case, I am informed that the Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code on December 29, 2025.

3. On April 16, 2026 the Court entered its Order Converting the Debtor's Case to Chapter 7 [Dkt. No. 34] and authorized the appointment of a Chapter 7 Trustee.

4. On April 17, 2026, the Office of United States Trusteed filed its Notice of Appointment of Chapter 7 Trustee [Dkt. No. 36], and appointed me to serve as Chapter 7 Trustee.

5. Based upon my investigation to date, it appears that there are valuable assets in this case, consisting primarily of the Debtor's fee interest in real property commonly known as 1080 E. Washinton Street, Units 1000, 1010, 1060, 1080, 1090 E. Washington St., Colton, CA 92324 (the "Property"). It appears that the Property has valuable equity.

6. The Property is described by the Debtor in its submissions to the Office of the United States Trustee as a multi-parcel retail and office center containing approximately 69,232 square feet of combined building area which consist of retail storefronts (including a drive-thru) and one- and two-story office buildings situated on approximately 7.49 acres. The Property includes surface parking across multiple parcels and was constructed between 1984 and 1987.

7. The Property exhibits signs of mismanagement and neglect. Further, it appears there is some risk of possible contamination due to the former occupancy of a dry cleaners on a part of the Property. I intend to sell the Property for the benefit of the creditors of this estate. I have determined that retention of qualified real estate counsel as special counsel would be beneficial to the my efforts to prepare the Property for marketing and sale, assessing the highest

Ringstad & Sanders
L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

and best use for the Property, to maximize the value of the Property for the benefit of the Estate, and to advise and assist me through the sale process.

8. Given the foregoing, I have determined that there is a need to retain legal counsel to represent me in connection with the real estate law issues that have arisen and may continue to arise in this case. I know the Gromet Firm to have substantial expertise with respect to commercial real estate and I believe the Firm is well-qualified to represent me in this matter. I have no reason to believe that the Firm holds or represents any interest adverse to the Estate or is not disinterested in this matter.

9. I have reviewed the Application to Employ Gromet & Associates (the "Gromet Firm") as my special real estate counsel in this matter (the "Application"). I support the Application and request that the Court authorize my proposed employment of the Gromet Firm on the terms and conditions set forth in this Application.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7 day of June, 2026, at Mission Viejo, California.

Thomas H. Casey

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

**DECLARATION OF STEVAN J. GROMET**

I, Stevan J. Gromet, declare as follows:

1. The following matters are true and correct and within my own personal knowledge. If called upon to do so, I could and would competently testify as to the truth of the matters set forth herein.

2. I am the managing principal of Gromet & Associates. I have been practicing real estate law in California for over 40 years, and focus my practice on representing sophisticated clients in real estate and business transactions and litigation matters. I have represented clients in over $850 Million in real estate purchase, sale and finance transactions during the last real estate cycle, and also have provided strategic litigation counsel and representation to firm clients on real estate/commercial litigation matters. I believe that I am well qualified to assist the Trustee in the performance of his duties as his Special Real Estate Counsel.

3. I am informed by the Trusteed that there are valuable assets in this case, consisting primarily of the Debtor's fee interest in real property commonly known as 1080 E. Washinton Street, Units 1000, 1010, 1060, 1080, 1090 E. Washington St., Colton, CA 92324 (the "Property"). It appears to the Trustee that the Property may have valuable equity.

4. The Property is described by the Debtor in its submissions to the Office of the United States Trustee as a multi-parcel retail and office center containing approximately 69,232 square feet of combined building area which consist of retail storefronts (including a drive-thru) and one- and two-story office buildings situated on approximately 7.49 acres. The Property includes surface parking across multiple parcels and was constructed between 1984 and 1987.

5. I am informed that the Property exhibits signs of mismanagement and neglect. Further, it appears there is some risk of possible contamination due to the former occupancy of a dry cleaners on a part of the Property. I have also been informed that the Trustee intends to sell the Property and wishes to maximize the value of the Property for the estate.

6. The Trustee seeks to employ the Firm to act as his special real estate counsel in this case. To that end, the Trustee requires the Firm's assistance in assessing and addressing issues concerning title, zoning, use, and sale of the Property. I have spoken to the Trustee about

his concerns with regard to the Property and I am confident that I can assist the Trustee in this matter.

7. I am cognizant of the Court's concern that counsel for trustees not perform trustee services pursuant to 11 U.S.C. § 326(a) and Local Bankruptcy Rule 2016-2(f)(1) and the Firm does not intend to perform trustee services. The Firm will assist the Trustee in his duties in this case as appropriate. In the event the Firm, at the Trustee's request, performs any services that are later deemed by the Court to be trustee services, the Firm reserves the right to request approval and compensation for those services provided that the amount of the Trustee's fees is less than the Trustee's statutory compensation limit.

8. In this matter, I will charge my time at my normal hourly rate of $925.

9. The Firm will not assert or evidence the Trustee's position on any matter affecting the substantive rights of any party in interest without the express authorization of the Trustee, except as emergency circumstances may require, in which case the Firm will attempt to contact the Trustee. However, the Firm will assert positions on procedural matters in its discretion.

10. The Firm is cognizant of the Court's concern that counsel for trustees not perform trustee services pursuant to 11 U.S.C. § 326(a) and Local Bankruptcy Rule 2016-2(f)(1) and the Firm does not intend to perform trustee services. The Firm will assist the Trustee in his duties in this case as appropriate. In the event the Firm, at the Trustee's request, performs any services that are later deemed by the Court to be trustee services, the Firm reserves the right to request approval and compensation for those services provided that the amount of the Trustee's fees is less than the Trustee's statutory compensation limit.

11. The Firm, located in Laguna Beach, California, is composed of attorneys who specialize in commercial real estate law, and is well qualified to represent the Trustee. The Firm has significant experience. A copy of the Firm's professional resume is attached hereto as Exhibit "1". All attorneys of the Firm who will appear in this case are duly admitted to practice law in the Courts of the State of California and in the United States District Court for the Central District of California.

12. Neither the Firm, nor any of the attorneys comprising or employed by it, has any

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

connection with Debtor, his accountants, or other professionals. Nor does the Firm have any connection with Debtor's outside creditors, or any other outside party in interest or either respective attorneys or accountants. The Firm is disinterested and does not have or represent any interest adverse to the Trustee or the Estate.

13. Neither the Firm, nor any of the attorneys comprising or employed by it, is related to or has any connection with the Office of the U.S. Trustee, or any person employed in the Office of the U.S. Trustee.

14. The Firm proposes to render services to the Trustee at the Firm's regular hourly rates, which are subject to future adjustment following advance notice. The following is a list of the Firm's professionals that may provide services on this engagement:

| Attorneys | Rates |
|---|---|
| Stevan J. Gromet | $925 |
| Mickey Y. Adkinson | $750 |
| Christopher R. Jenkins | $685 |
| Jessica Y. Kempf | $685 |

15. The Firm's regular practice of billing in increments of one-tenth of an hour will be followed in this case.

16. The Firm has not agreed to share with any person or entity any compensation which it may be awarded, except among members of the Firm.

17. Compensation of the Firm is requested pursuant to 11 U.S.C. § 330 and the Firm understands that it will only be entitled to an award of reasonable compensation as set forth in Section 330(a). The Firm understands that its compensation is subject to approval of this Court and intends to apply in conformity with 11 U.S.C. Section 331 for compensation and reimbursement of fees incurred and costs advanced.

18. As and when appropriate, the Firm will file applications for interim allowance of fees and costs pursuant to 11 U.S.C. Section 331. At the conclusion of this case, the Firm will also file an appropriate application seeking allowance of all fees and costs, regardless of whether interim compensation has been paid. The Firm understands and agrees that if aggregate interim payments exceed the amount which is ultimately allowed, the Firm will promptly repay the difference to the Estate.

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

19. The Firm has not received a retainer from any person or entity relating to this engagement.

Executed this 7th day of July, 2026, at Laguna Beach, California.

Stevan J. Gromet

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

# GROMET & ASSOCIATES

## Stevan J. Gromet

sjgromet@grometlaw.com

Stevan Gromet is the managing principal of Gromet & Associates. Mr. Gromet has been practicing real estate law in California for 45 years, and presently focuses on representing sophisticated clients in real estate and business transactions and litigation matters. Mr. Gromet has represented clients in over $1 Billion in real estate purchase, sale and finance transactions during the last real estate cycle, and also provides strategic litigation counseling and representation to firm clients on real estate/commercial litigation matters. Mr. Gromet has established long term relationships with his clients, some of whom he has been representing his entire legal career.

JD, CCIM

**REPRESENTATIVE TRANSACTIONS**

- Purchase and sale of office buildings in the Western United States for between $15.6 Million and $101 Million
- Acquisition, financing, construction, leasing and ultimate sale of 107,000 square foot office building for $42 Million
- Sale of entitled lands to public and private homebuilders for between $30 Million and $68 Million (Los Angeles, Orange, San Diego, Riverside, San Bernardino and Sacramento Counties, as well as Nevada and Arizona)
- Sale of a California industrial building to Google Inc. in Silicon Valley
- Represent sponsors of $200+ Million real estate investment funds
- Purchase at foreclosure of a 300+ room hotel for $21 Million
- Purchase of investment grade office and industrial buildings and retail centers in California, Arizona, Nevada, Minnesota, Ohio and Texas
- Purchase of 25-acre industrial site in Newport Beach and re-entitlement and development into multi-family residential, mixed-use development projects
- Acquisition and subsequent disposition of resort property in Taos, New Mexico
- Staged sale of California entitled apartment site for $41.5 Million
- Acquisition of mobile home park for $55 Million and subsequent disposition
- Sale of high-rise condo site in Newport Beach for $40+ Million
- Acquisition and subsequent sale of former hospital site as a multi-family site in Los Angeles, California for $38 Million

GROMET & ASSOCIATES

- Acquisition and mixed-use re-development of former SCE tank farm site in Huntington Beach, California
- Acquisition of residential development site in Fountain Valley, California for $65 Million
- Acquisition of development site in Calimesa, California for $45 Million
- Acquisition of redevelopment site in Fullerton, California for $28.5 Million and subsequent sale of re-entitled mixed-use site to a public homebuilder and retail store investors
- Acquisition, development and sale of 1.8 million square feet of warehouse facilities for $329 Million

**CLIENT BASE**

Mr. Gromet's clients of the Firm include private and institutional investors based primarily in southern California, with business interests that extend across the United States.

**EDUCATION**

B.A. (Economics), Yale University, Class of 1976
J.D., University of Texas School of Law, Austin, 1980

**DESIGNATIONS, LICENSES AND PROFESSIONAL AFFILIATIONS**

- Steve is a member of the California State Bar.
- "AV" rating (the highest rating) by Martindale Hubbell, the national legal rating organization.
- Member, CCIM Institute
- Past President, Orange County Chapter, Lambda Alpha International (Honorary Society for the Advancement of Land Economics)
- Steve has held a California broker's license since 1983.

GROMET & ASSOCIATES

**LEGAL EXPERIENCE**

1980-1983: Real Estate counsel, Fashion Lane Development, Tustin, California
1983-1986: Real estate attorney, Allen Matkins Leck Gamble & Mallory
1986-1996: Partner, Pinto, Gromet & Dubia, Irvine, California
1996-present: Managing Principal, Gromet & Associates, Laguna Beach, California

**COMMUNITY INVOLVEMENT AND CHARITABLE SERVICE**

- Past Chair and Board of Trustees Member, Laguna College of Art & Design (LCAD). LCAD is a 4-year accredited fine arts college and graduate school that has been a Laguna Beach institution for over 50 years. Mr. Gromet assisted LCAD in purchasing new facilities in Laguna Beach to house the College's Masters in Fine Arts program and Digital Arts program, and oversaw the College's current strategic initiatives.

- Member and Vice-Chair, Board of Counselors (BOC) of Orange County's Pacific Symphony Orchestra. The BOC studies major issues facing the Symphony and provides strategic input to the PSO's Board of Directors; Mr. Gromet serves on the BOC's Governing Committee.

- Served as a member of the Campaign Committee and as pro-bono real estate counsel, Laguna Beach Seniors, Inc. (at the request of the Mayor of Laguna Beach and members of the Laguna Beach City Council). Mr. Gromet assisted Laguna Beach's principal seniors organization in negotiating with the City of Laguna Beach a joint development and long term lease of the new "Suzy Q" Senior Center and the City's community center (construction completed in January of 2009).

GROMET & ASSOCIATES

## Mickey Y. Adkinson

madkinson@grometlaw.com

Mickey Adkinson has practiced commercial real estate and corporate law for over 27 years. Her practice involves all aspects of commercial development, including the acquisition, sale and financing of vacant land, office buildings, hotels, shopping centers, and other commercial and residential development properties, as well as commercial leasing, property management, brokerage and consulting agreements. She also advises clients on and drafts numerous limited partnership agreements and limited liability company operating agreements, and regularly incorporates and prepares shareholders' agreements for clients utilizing California and Delaware corporations for their business operations.

Ms. Adkinson regularly advises clients on land use agreements, title coverage issues, restructurings and recapitalizations. Mickey's background also includes mortgage banking, real estate, securities, employment and business litigation, as well as advising private lenders, borrowers and third-party purchasers in transactions involving distressed properties.

Mickey received her law degree from the University of Southern California School of Law in 1999, where she was part of the Hale Moot Court Honors Program and a Public Interest Law Foundation Grant Recipient. She received her Bachelor of Arts degree in psychology, cum laude, from the University of California Los Angeles in 1994. Between receiving her undergraduate degree and law degree, Mickey served for two years in the United State Peace Corps in Lesotho, Southern Africa.

**EDUCATION**

B.A. (Psychology, cum laude), University of California Los Angeles, 1994
J.D., University of Southern California, 1999

**DESIGNATIONS, LICENSES AND AFFILIATIONS**

Mickey is a member of the California State Bar.

GROMET & ASSOCIATES

## Christopher R. Jenkins

cjenkins@grometlaw.com

Chris received his Juris Doctorate from Emory University in 2012, where he also completed the Transactional Certificate Program at Emory Law's Center for Transactional Law and Practice. While earning his law degree, Chris gained experience in real estate and corporate law while working as a Legal Extern for the Coca-Cola Company, participating in Emory's Student Legal Services program, and serving as Judicial Extern to the Honorable Geoffrey Glass. Chris earned his bachelor's degree from Tufts University in 2008, graduating cum laude with a Bachelor of Science degree in Psychology and a minor in English. Between his undergraduate and law school education, Chris interned in the account management department at DiMassimo Goldstein, a New York based advertising firm.

**EDUCATION**

J.D., Emory University, 2012
B.A., Tufts University, cum laude, 2008

**DESIGNATIONS, LICENSES AND AFFILIATIONS**

Chris is a member of the California State Bar.

GROMET & ASSOCIATES

## Jessica E. Kempf

jkempf@grometlaw.com

Jessie has a wide range of real estate experience. In addition to negotiating and drafting real estate transactional documents such as letters of intent and purchase and sale agreements for office, industrial, retail, hotel, casino and residential developments, she also has substantive experience in construction agreements, mortgage and mezzanine finance and complex title, survey, and mapping issues. Her experience also extends into municipal entitlements and environmental and zoning matters. Jessie also has familiarity and experience in real estate and securities litigation and in oil and gas leasing and title matters.

**REPRESENTITIVE MATTERS**

Worked with large grocery store chain to identify the value of 920 supermarkets in the U.S. for the company's Chapter 11 Plan of Reorganization. Convinced the U.S. Bankruptcy Court to reject 148 store leases in 14 states, saving the company almost $60 million a year on rent. Created special, short form of leasehold mortgage, collateralizing the company's leases for an $800 million Debtor in Possession credit facility and saving the company millions of dollars in recording fees and taxes.

Represented lender in fund's $36 billion acquisition of office properties, conducting due diligence for trophy properties in Manhattan and handling the closing logistics for a $7.8 billion credit facility. Resolved emergency related to the title company giving a mezzanine finance endorsement, allowing the closing to proceed on schedule.

Defended the Hong Kong business partners of a high-profile Manhattan developer in a $1 billion real estate litigation, writing the briefs that ultimately led to the dismissal of the suit and a moratorium that prevented the developer from removing his assets from the partnership.

Advised large homebuilder on land banking issues and assisted in strategy and negotiation for a multi-billion dollar work-out, keeping the company out of bankruptcy.

**EDUCATION**

B.A. History, University of Texas at Austin (2000) (High Honors)
B.A.M. Music, University of Texas at Austin (2000) (High Honors)
J.D., University of Texas at Austin School of Law (2004) (Honors)

**DESIGNATIONS, LICENSES AND AFFILIATIONS**

Jessie is a member of the New York and California State Bars.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 23101 Lake Center Drive, Suite 355, Lake Forest, CA 92630.

A true and correct copy of the foregoing documents entitled (*specify*) **APPLICATION OF CHAPTER 7 TRUSTEE FOR EMPLOYMENT OF GROMET & ASSOCIATES, AS SPECIAL REAL ESTATE COUNSEL; MEMORANDUM OF POINTS AND AUTHROITIES AND DECLARATIONS OF THOMAS H, CASEY AND STEVAN J. GROMET IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 8, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jessica L Bagdanov jbagdanov@bg.law, ecf@bg.law**
- **Thomas H Casey (TR) msilva@tomcaseylaw.com, thc@trustesolutions.net**
- **Dora Duru dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com,dora-duru-0321@ecf.pacerpro.com**
- **David B Golubchik dbg@lnbyg.com, dbg@lnbyg.com**
- **David M Poitras dpoitras@bg.law**
- **Todd C. Ringstad becky@ringstadlaw.com, arlene@ringstadlaw.com**
- **David James Root david.root@bclplaw.com, verlisa.lewis@bclplaw.com**
- **Joseph M Rothberg jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com**
- **Nanette D Sanders becky@ringstadlaw.com, arlene@ringstadlaw.com**
- **United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov**
- **William J Wall wwall@wall-law.com**
- **Christopher A Ward cward@lowenstein.com, lsuprum@lowenstein.com**
- **Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com**

☐ Service information continued on attached page

2. SERVED BY UNITED STATES MAIL:
On July 8, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge's Copy
Honorable Mark D. Houle
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth St., Suite 6135
Santa Ana, CA 92701-4593

Gromet & Associates
1278 Glenneyre Street
Suite 308
Laguna Beach, CA 92651

☐ Service information continued on attached page

3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| July 8, 2026 | Becky Metzner | */s/ Becky Metzner* |
| *Date* | *Printed Name* | *Signature* |