Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile: 949-851-6926

Counsel for Thomas H. Casey, Chapter 7 Trustee

FILED & ENTERED

JUL 29 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

RANCHO COLTON GROUP, LLC,

Debtor.

Case No. 8:25-bk-13633 MH

Chapter 7 Proceeding

**ORDER GRANTING APPLICATION TO EMPLOY GROMET & ASSOCIATES AS SPECIAL REAL ESTATE COUNSEL FOR THOMAS H. CASEY, CHAPTER 7 TRUSTEE**

(No Hearing Required)
[Local Bankruptcy Rule 2014-1(b)(1)]

The Court, having considered the Application to Employ Gromet & Associates (the "Firm") as Special Real Estate Counsel for Thomas H. Casey, Chapter 7 Trustee (the "Trustee"), the Declarations of the Trustee and Stevan J. Gromet in support thereof and the exhibit attached thereto (the "Application") [Docket No. 81 filed July 8, 2026], the separate Notice of the Application [Docket No. 82 filed July 8, 2026], and noting that no objection to the Application was filed, pursuant to the Declaration that No Party Requested a Hearing [Docket No. 85 filed on July 27, 2026], and finding that proper notice of the Application was provided, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Trustee is authorized to employ the Firm pursuant to 11 U.S.C. § 327 and Rule 2014 of the Federal Rules of Bankruptcy Procedure, including its members, associate attorneys and attorneys of counsel, as his special real estate counsel, for the

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

purposes set forth in the Application and according to the terms and conditions set forth in the Application, with compensation to be at the expense of the Estate in such amount as the Court may hereafter allow in accordance with 11 U.S.C. §§ 330 or 331.

###

Date: July 29, 2026

Mark Houle
United States Bankruptcy Judge

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450