Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile: 949-851-6926

Counsel for Thomas H. Casey,
Chapter 7 Trustee

FILED & ENTERED

OCT 19 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

In re

RANCHO COLTON GROUP, LLC,

Debtor.

Case No. 8:25-bk-13633 MH

Chapter 7 Proceeding

**ORDER GRANTING TRUSTEE'S EMERGENCY MOTION FOR ORDER APPROVING STIPULATION CONTINUING AUTHORIZATION FOR CHAPTER 7 TRUSTEE TO:**
**(1) OPERATE THE ESTATE'S COMMERCIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 721;**
**(2) USE PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. §§ 363(b)(1) AND (c)(1); AND,**
**(3) APPROVE CASH COLLATERAL STIPULATION TO PAY NECESSARY EXPENSES**

Hearing Waived.

The Court having reviewed and considered the Trustee's Emergency Motion for an Order Approving Stipulation Continuing Authorization for Chapter 7 Trustee to (1) Operate the Estate's Commercial Real Property Pursuant to 11 U.S.C. § 721, (2) Use Property of the Estate Pursuant to 11 U.S.C. §§ 363(b)(1) and (c)(1), and (3) Approve Cash Collateral Stipulation to Pay

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

Necessary Expenses filed by Thomas H. Casey, Chapter 7 Trustee (the "Trustee"), and finding good cause therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED in full;

2. The Stipulation for Continued Authorization to (1) Operate the Estate's Commercial Real Property pursuant to 11 U.S.C. §721; and (2) Use Real Property by and between the Trustee and the FDIC as receiver for Nano Bank (the "Stipulation") filed herein on October 14, 2026, is hereby approved. Trustee is hereby authorized to continue to operate the real property owned by the Estate and commonly known as 1000, 1010, 1060, 1080 and 1090 E. Washington, Colton, CA 92324 pursuant to 11 U.S.C. § 721, and to use property of the Estate pursuant to 11 U.S.C. §§ 363(b)(1) and (c)(1), so as to allow the tenants to continue to use the Property as required pursuant to the terms of the operative leases, and pay necessary operating or maintenance expenses, including real property taxes, costs to secure the Property, repair and maintenance costs, security costs, management fees, and other expenses attendant to maintaining and operating the Property, in accordance with the terms of the Stipulation, for a period of approximately 90 days, through and including January 13, 2027 without prejudice to further extensions.

###

Date: October 19, 2026

Mark Houle
United States Bankruptcy Judge

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450