**THOMAS H. CASEY**
**26400 LA ALAMEDA, SUITE 210**
**MISSION VIEJO, CA 92691**
**(949) 766-8787 PHONE**
**(949) 766-9896 FAX**
*thc@trustesolutions.net*

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>RANCHO COLTON GROUP, LLC<br><br>Debtor. | Case No. 8:25-bk-13633-MH<br><br>Chapter 7<br><br>**APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY HAHN FIFE & COMPANY, LLP AS ACCOUNTANTS; DECLARATION OF DONALD T. FIFE IN SUPPORT THEROF**<br><br>**[11 U.S.C. § 327(a); Fed. R. Bankr. P. 2014; Loc. Bankr. R. 2014-1(b)]**<br><br>[No Hearing Requested] |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTOR; AND OTHER INTERESTED PARTIES:**

Thomas H. Casey, the duly-appointed and acting Chapter 7 Trustee of the bankruptcy estate of the above-captioned Debtor (the "Trustee"), will and hereby does request authority to employ the accounting firm of Hahn Fife & Company LLP (the "Firm"), as his accountant in the above-captioned bankruptcy case, and in support thereof represents as follows:

///

**BACKGROUND**

On December 29, 2025, the above-captioned Debtor, Rancho Colton Group, LLC, (the "Debtor"), filed voluntary petition under Chapter 11 of Title 11 of the United States Code, thereby commencing the above-captioned bankruptcy case (the "Bankruptcy Case"). This case was converted from Chapter 11 on April 16, 2026.

In light of the above, the Trustee requires the assistance of an accountant to perform general accounting services, including but not limited to (1) preparing and filing necessary state and federal estate income tax returns, (2) compilation of income statement during operations by the Trustee, (3) review of financial documents, (4) and any other reasonable duties assigned by the Trustee.

The Trustee has selected the accounting firm of Hahn Fife & Company LLP as his accountant, subject to Court approval. A resume of the Firm and the particular individual at the Firm who will be in charge of the engagement is attached hereto as Exhibit 1. A copy of the fee schedule for work to be performed by the Firm on behalf of the Trustee is attached hereto as Exhibit 2.

The Firm has not been paid a retainer. Any and all fees for services rendered during this bankruptcy case shall be paid to the Firm only upon application to, and approval by, the Bankruptcy Court, after notice and a hearing pursuant to §330 of the Bankruptcy Code.

The Firm is familiar with the Bankruptcy Code, the Bankruptcy rules, the Local Rules and Guidelines of the United States Trustee, and will comply with them.

Based upon the Statement of Disinterestedness attached hereto, the Trustee is satisfied that the Firm does not hold or represent an interest adverse to the Bankruptcy Cases, and that the Firm is a "disinterested person" as that term is defined by the Bankruptcy Code.

**CONCLUSION**

For the reasons set forth above, the Trustee respectfully requests that the Court enter an Order:

1. Authorizing the Trustee to employ Hahn Fife & Company LLP as his accountant, effective November 4, 2026, on the terms stated herein, with the amount of compensation and reimbursement to be in such amounts as the Court may hereafter award pursuant to 11 U.S.C. §§ 330 and 331, upon proper application(s) therefor; and

2. Granting such other relief as the Court deems just and proper.

DATED: Nov 5, 2026

Respectfully submitted,

[signature]

Thomas H. Casey, Chapter. 7 Trustee

**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER BANKRUPTCY RULE 2014**

*[The following information is supplied in conformity with United States Bankruptcy Court, Central District of California, Form No. 2014-1]*

1. Name, address and telephone number of the firm submitting this Statement:

Donald T. Fife, Hahn Fife & Company LLP, 1055 E. Colorado Blvd., 5th Floor, Pasadena, CA 91106 (626) 792-0855 phone, (626) 792-0879 fax, dfife@hahnfife.com

2. The Services to be rendered by the firm in this case will be to perform general accounting services to the estate, including but not limited to (1) preparing and filing necessary state and federal estate income tax returns, (2) review of financial documents (3) preparation of tax projection involving the sale of Debtors' residence and any other reasonable duties assigned by the Trustee.

3. The terms and source of the proposed compensation and reimbursement of the firm are: the firm understands and agrees to accept employment on grounds that its fees may be awarded only by application to and approval by this Court after notice and a hearing. I understand that my compensation may be modified under U.S.C. Section 330, if so warranted.

4. No retainer has been paid or is being proposed to me.

5. No employee of the firm represents any interest adverse to that of the Trustee or of the estate in matters on which it is to be retained, and its accountants are "disinterested persons" as defined in Section 101 of the Bankruptcy Code. The firm completed a conflicts check prior to submitting this application.

6. The following is a complete description of all the firm's connection with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other parties in interest, and their respective attorneys and accountants or any person employed in the office of the United States Trustee. **None.**

7. The firm is not a creditor, an equity security holder or an insider of the Debtor.

8. The firm is not and was not an investment broker for any outstanding security of the Debtor.

9. The firm has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtor, or a certified public accountant for such an investment banker in connection with the offer, sale or insurance of any security of the Debtor.

10. The firm is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor.

11. The firm neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker for any security of the Debtor, or for any other reason.

12. The firm is not a relative or employee of the United States Trustee or a Bankruptcy Judge.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 5TH day of NOVEMBER, 2026 at Pasadena, California.

Donald T. Fife
HAHN FIFE & COMPANY LLP
Proposed Accountant for
Thomas H. Casey, Chapter 7 Trustee

## ***Firm Statement of Qualifications***

The Firm was formed in September of 2003 and provides accounting and consulting services relating primarily to bankruptcy, litigation, turnaround, fraud and receivership matters. The Firm's professionals have extensive experience and training in these specialized fields of accounting practice and have served a broad range of clients in Southern California for many years. Following are brief summaries of the qualifications of firm's current professional staff. It is expected that the Firm will add professional staff as required to serve client needs.

### ***Donald T. Fife, CPA***

Mr. Fife currently practices exclusively in bankruptcy, turnaround and litigation consulting, providing services such as financial analysis, forensic accounting, tax services and expert witness testimony. He serves clients such as bankruptcy trustees, creditors, debtors, creditor's committees and parties to civil litigation.

Mr. Fife has over 30 years of business and financial experience in accounting, bankruptcy, turnaround, taxation and fraud investigation. He formerly practiced as an accountant and consultant with Price Waterhouse, FTI Policano & Manzo, PHB Hagler Bailly, Inc., Biggs & Company and Spicer & Oppenheim. Over the last 25 years, his career has been concentrated in the areas of bankruptcy, turnaround, and litigation support.

Mr. Fife is a Certified Public Accountant licensed in California. He is also a member of the American Institute of Certified Public Accountants, the California Society of CPA's, the National Association of Bankruptcy Trustees, the American Bankruptcy Institute, and the California Bankruptcy Forum. He received his bachelor's degree in Business Administration/Accounting from California State University at Los Angeles.

Hourly Rate: $550.00

**Exhibit 1**

**RATES FOR REIMBURSEMENT OF INCURRED EXPENSES**
**HAHN FIFE & COMPANY, LLP**

| | |
|---|---|
| PHOTOCOPYING | $0.10 PER PAGE |
| TELECOPIER - INCOMING | $0.15 PER PAGE |
| OUTGOING | $1.00 PER PAGE |
| MILEAGE | $0.27 PER MILE |
| TELEPHONE | ACTUAL COST |
| POSTAGE | ACTUAL COST |
| MESSENGER | ACTUAL COST |
| OVERNIGHT MAIL | ACTUAL COST |
| ON-LINE COMPUTER RESEARCH | ACTUAL COST |
| FILING FEES | ACTUAL COST |
| DEPOSITION OR WITNESS FEES | ACTUAL COST |
| PARKING | ACTUAL COST |

**Exhibit 2**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1055 E. COLORADO BLVD., 5TH FLOOR, PASADENA, CA 91106

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY HAHN FIFE & COMPANY LLP AS ACCOUNTANT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 11-5, **2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **November 5, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor / Rancho Colton Group / 520 Newport Center Drive #480 / Newport Beach, CA 92660

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SERVICE ON JUDGE NOT REQUIRED PER BK RULE 5005-2

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 5, 2026 | Martha Quintero | Martha Quintero |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: continued:

- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Thomas H Casey (TR)** msilva@tomcaseylaw.com, thc@trustesolutions.net
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **David M Poitras** dpoitras@bg.law
- **Todd C. Ringstad** becky@ringstadlaw.com, arlene@ringstadlaw.com
- **David James Root** david.root@bclplaw.com, verlisa.lewis@bclplaw.com;david-root-8911@ecf.pacerpro.com
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Nanette D Sanders** becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Daren M Schlecter** daren@schlecterlaw.com, assistant@schlecterlaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **William J Wall** wwall@wall-law.com
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com