**THOMAS H. CASEY**
**26400 LA ALAMEDA, SUITE 210**
**MISSION VIEJO, CA 92691**
**(949) 766-8787 PHONE**
**(949) 766-9896 FAX**
*thc@trustesolutions.net*

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>RANCHO COLTON GROUP, LLC<br><br>Debtor. | Case No. 8:25-bk-13633-MH<br><br>Chapter 7<br><br>**NOTICE OF APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY HAHN FIFE & COMPANY, LLP AS ACCOUNTANTS**<br><br>[No Hearing Requested] |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTOR; AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Thomas H. Casey, the duly-appointed and acting Chapter 7 Trustee of the bankruptcy estate of the above-captioned Debtor (the "Trustee"), respectfully files this Application for entry of a Court Order authorizing the employment of Hahn Fife & Company LLP as the Trustee's accountant in this case pursuant to 11 U.S.C. § 327(a) (the "Application"). This case was converted from Chapter 11 on April 16, 2026.

The Application is based upon this Notice, the Declaration of Donald T. Fife, the pleadings and files in the bankruptcy estates of the above-captioned Debtor, and upon such further oral and documentary evidence as may be presented to the Court. The effective date of employment is November 4, 2026.

The Trustee proposes to employ Hahn Fife & Company, LLP ("Hahn Fife" or the "Firm") to provide accounting services to this Chapter 7 case (the "Debtor") that include preparing and filing necessary state and federal estate tax returns, compilation of income statement during operations by the Trustee, review of financial documents and any other reasonable duties assigned by the Trustee.

Applicant proposes to retain Hahn Fife upon the following basis: Except as the Court may otherwise determine, after due notice, Hahn Fife will petition the Court under 11 U.S.C. Sections 330 for an allowance of fees and reimbursable costs not more often than every 120 days. The petition will be heard upon notice to necessary parties. Hahn Fife will accept compensation and reimbursements of expenses in such amounts that the Court may award. There will be no written employment agreement apart from this Application. The only source of payment or compensation will be the estate. No retainer has been paid or is being proposed to Hahn Fife.

The Firm's current hourly billing rates are as follows:

| Timekeeper | Rate |
|---|---|
| Donald T. Fife | $550.00 |
| | |

**PLEASE TAKE FURTHER NOTICE** that any response and request for hearing as to the proposed employment must be in the form as required by Local Bankruptcy Rules 2014-1(b) 9013-1(f) and (o) and filed with the Clerk of the above-entitled Court, at 411 W. Fourth Street, Santa Ana, CA 92701. The deadline for any response and request for hearing is 14 days after the date of service of this Notice, plus an additional 3 days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). A copy of any response or request for hearing must be served on Thomas H. Casey at the address indicated above and Donald T. Fife at 1055 E. Colorado Blvd., 5th Floor, Pasadena, CA 91106. A copy

must also be served on the Office of the United States Trustee. Failure to timely respond may be deemed as acceptance of the proposed employment. See Local Bankruptcy Rules 9013-1(h).

You may obtain a copy of the Trustee's Application by making a written request at that address indicated above. You may obtain copies of all pleadings on the Debtors' case from the Clerk's office.

Dated: Nov 5, 2026

Respectfully submitted,

By: [signature]
Thomas H. Casey
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1055 E. COLORADO BLVD., 5TH FLOOR, PASADENA, CA 91106

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY HAHN FIFE & COMPANY LLP AS ACCOUNTANT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 11-5, **2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **November 5 , 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor / Rancho Colton Group / 520 Newport Center Drive #480 / Newport Beach, CA 92660

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SERVICE ON JUDGE NOT REQUIRED PER BK RULE 5005-2

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 5 , 2026 | Martha Quintero | Martha Quintero |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: continued:

- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Thomas H Casey (TR)** msilva@tomcaseylaw.com, thc@trustesolutions.net
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **David M Poitras** dpoitras@bg.law
- **Todd C. Ringstad** becky@ringstadlaw.com, arlene@ringstadlaw.com
- **David James Root** david.root@bclplaw.com, verlisa.lewis@bclplaw.com;david-root-8911@ecf.pacerpro.com
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Nanette D Sanders** becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Daren M Schlecter** daren@schlecterlaw.com, assistant@schlecterlaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **William J Wall** wwall@wall-law.com
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Label Matrix for local noticing
0973-8
Case 8:25-bk-13633-MH
Central District of California
Santa Ana
Wed Nov 4 21:21:01 PST 2026

Gromet & Associates
1278 Glenneyre Street
#308
Laguna Beach,, CA 92651-3103

Investor's Property Services
c/o R&K Interests, Inc.
26300 La Alameda Suite 240
Mission Viejo, CA 92691-8306

Rancho Colton Group, LLC
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660-7034

Ringstad & Sanders LLP
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630-6813

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

4 Seasons Air, Inc.
8585 Katella Avenue
Stanton, CA 90680-2725

4G Wireless, Inc.
303 Broadway Street 104-155
Laguna Beach, CA 92651-1816

4G Wireless, Inc.
c/o Lowenstein Sandler LLP
Attn: Christopher Ward
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

Alz Electrical and Lighting Service
23905 Clinton Keith Rd 114-395
Wildomar, CA 92595-7897

Alz Electrical and Lighting Service, a Partn
23905 Clinton Keith Rd 114-395
Wildomar, CA 92595-7897

Arrowhead Group, Inc dba Basic Backflow
3424 Del Rosa Ave
San Bernardino, CA 92404-2804

CBRE, Inc.
P.O.Box 740935, Location Code 2119
Los Angeles, CA 90074-0935

CR Glass Inc
311 E Avenue L
Calimesa, CA 92320-1417

City of Colton
PO Box 10479
Newport Beach, CA 92658-0479

City of Colton- Police Department
659 N. La Cadena Dr.
Colton, CA 92324-2822

Colton Publice Utilities
P.O. Box 1367
Colton, CA 92324-0831

Dominion Disposal
1536 E. Pinewood Ave
Anaheim, CA 92805-1241

Fenn Termite & Pest Control
7322 Walnut Ave
Buena Park, CA 90620-1760

Gerald J Marcil Marcil Family Trust
Steven T Gubner - BG Law LLP
21650 Oxnard Street Suite 500
Woodland Hills CA 91367-4911

Golden Power Electric
11801 Pierce St, Suite 200
Riverside, CA 92505-4400

Gurraj Malik
5175 Princess Anne Rd
La Canada Flintridge, CA 91011-2427

IRS
ATTN. INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Incorporated, CR&R
PO Box 7096
Pasadena, CA 91109-7096

John Sain
147 Hart Bench Rd.
Darby, MT 59829-9619

Joses Nuevo Landscaping LLC
3857 Birch Street Suite 209
Newport Beach, CA 92660-2616

Matilda Remba
11114 Corte Mar De Cristal
San Diego, CA 92130-2687

Mohammad Honarkar
350 Forest Avenue #1438
Laguna Beach, CA 92652-2060

Mohammad Honarkar
c/o Lowenstein Sandler LLP
Attn: Christopher Ward
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

Nano Banc
7755 Irvine Center Driv
7755 Irvine Center Drive 3rd floor
Irvine, CA 92618-2904

Office of the U.S. Trustee
915 Wilshire Blvd Suite 1850
Los Angeles, CA 90017-3560

Ontario Refrigeration Services, Inc.
635 South Mountain Avenue
Ontario, CA 91762-4114

Papillon Financial Services
5175 Princess Anne Rd
La Canada Flintridge, CA 91011-2427

Pepe's Haul Away Services
1274 Orchid Dr.
San Bernardino, CA 92404-4312

Pestgon, Inc.
3612 Ocean Ranch Rd
Oceanside, CA 92056-2669

Remba-Wachsman Family Trust
11114 Corte Mar De Cristal
San Diego, CA 92130-2687

Sain Builders
147 Hart Bench Rd
Darby, MT 59829-9619

Smart Key Locksmith
25211 Sunnymead Blvd Ste C-4
Moreno Valley, CA 92553-4100

So Cal Locksmith
1646 E. Washington Street
Colton, CA 92324-4605

The Stupin Family Trust
Andrew Stupin c/o LNBY&G L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

The Travelers Indemnity Company
Account Resolution - Katie Beliveau
40 Media Drive, Suite 100
Queensbury, NY 12804-4086

Trend Systems Group
2126 S. Standard Avenue
Santa Ana, CA 92707-3035

US Coast Guard
1430A Kristina Way
Chesapeake, VA 23326-1000

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Vierergruppe Management Inc.
1932 East Deere Avenue Suite 150
Santa Ana, CA 92705-5716

William Wachsman
Matilda Remba
11114 Corte Mar De Cristal
San Diego, CA 92130-2687

Windham Brannon LLC
3630 Peachtree Rd NE
Suite 600
Atlanta, GA 30326-1550

Thomas H Casey (TR)
26400 La Alameda, Suite 210
Mission Viejo, CA 92691-8578

William J Wall
Wall Law Office
26895 Aliso Creek Rd. #B-110
Aliso Viejo, CA 92656-5301

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)4G Wireless, Inc.

(u)Courtesy NEF

(u)Nano Banc

(u)Official Committee of Unsecured Creditors

(u)Andrew Stupin

(u)Mohammad Honarkar