**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Ynez Shops, LLC and Pro Temecula Town Center, LLC, Debtors-in-Possession

FILED & ENTERED
AUG 26 2026
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>YNEZ SHOPS, LLC, *et al.*<br><br>Debtors-in-Possession. | Case No. 8:26-bk-10693-SC<br><br>Chapter 11<br><br>Jointly Administered with:<br>Case No. 8:26-bk-10694-SC |
| Affects:<br>☒ All Debtors<br>☐ Ynez Shops, LLC Only<br>☐ Pro Temecula Town Center, LLC Only | **ORDER GRANTING AMENDED MOTION PURSUANT TO 11 U.S.C. § 363(b) TO ENTER INTO PROPERTY MANAGEMENT AGREEMENTS WITH R & K INTERESTS, INC. DBA INVESTORS' PROPERTY SERVICES AS PROPERTY MANAGEMENT COMPANY EFFECTIVE JUNE 1, 2026**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

On August 4, 2026, Ynez Shops, LLC ("**Ynez**"), and Pro Temecula Town Center, LLC ("**Pro Temecula**" and, together with Ynez, the "**Debtors**"), filed the *Amended Motion Pursuant to 11 U.S.C. § 363(b) to Enter Into Property Management Agreement with R & K Interests, Inc. dba Investors' Property Services* ("**IPS**") *as Property Management Company Effective June 1, 2026* (the "**Amended Motion**") [Dkt. 110]. No opposition or request for

hearing on the Motion was filed or served. Having reviewed the Amended Motion and papers filed in support thereof, service being proper, and good cause appearing therefrom,

**IT IS ORDERED:**

1. The Amended Motion is GRANTED.

2. The Debtors are authorized to enter into the Property Management Agreements with IPS pursuant to 11 U.S.C. § 363(b), effective as of June 1, 2026.

3. Subject to either the consent of the secured creditors or Court order authorizing the Debtors to use cash collateral, the Debtors are authorized to pay IPS the compensation provided in the Property Management Agreements on a monthly basis.

**IT IS SO ORDERED.**

###

Date: August 26, 2026

Scott C. Clarkson
United States Bankruptcy Judge